BARRY J. PORTMAN
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
CRISTINA DELORES PATINO

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 4-11-70677 MAG |
| Plaintiff, | STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; ORDER |
| v. | |
| CRISTINA DELORES PATINO, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status hearing date of July 13, 2011 presently scheduled at 9:30 a.m., before the Hon. Donna M. Ryu, be vacated and re-set for September 7, 2011 at 9:30 a.m., before the Oakland Duty Magistrate, for status. It is further stipulated that the time for filing an indictment in this matter be extended to September 7, 2011.

The reasons for this continuance are as follows:

1. On June 16, 2011, the defendant appeared in United States Magistrate Court in the Northern District of California pursuant to Federal Rule of Criminal Procedure 5 and was advised of charges pending against her in a criminal complaint which had been filed in

CR 11-70677 MAG
Stipulation to Continuance and Exclusion of Time         1

1     the Eastern District of Virginia (Case No. 11-MJ-455).  Pursuant to agreement of the
2     parties, the defendant was released on bond, to be supervised in the Northern District of
3     California.
4  2. The parties are presently negotiating a pre-indictment plea that contemplates transfer of
5     this matter to the Northern District of California for change of plea pursuant to Federal
6     Rule of Criminal Procedure 20.
7  3. Additionally, as this case alleges a multi-state conspiracy involving at least fifteen
8     people, counsel for Ms. Patino requires additional time to review discovery and conduct
9     any necessary investigation.
10 4. Ms. Patino agrees to waive her right to a preliminary hearing in this matter.
11 5. Further the parties agree that an extension of time for the filing of an indictment,
12    pursuant to 18 U.S.C. § 3161(b) and (h), is in the best interest of the defendant and the
13    government and will provide the parties with necessary time to review discovery in the
14    case and discuss a plea agreement.
15 6. The defendant expressly understands that his waiver is not predicated upon any
16    promises, agreements, or understandings of any kind between the government and the
17    defense in this case, and that nothing contained herein shall be construed to preclude the
18    government from proceeding against the defendant during or after the time period
19    covered by this waiver.

20    The parties agree and stipulate that the time until September 7, 2011 should be excluded,
21 under 18 U.S.C. §3161(h)(7)(A) because the ends of justice served by the granting of the continuance
22 outweigh the bests interests of the public and the defendant in a speedy and public trial. The
23 continuance is necessary to accommodate counsel's preparation efforts.
24 //
25 //
26

CR 11-70677 MAG
Stipulation to Continuance and Exclusion of Time          2

Date: July 5, 2011

                                         /s/
                                     Ellen V. Leonida
                                     Assistant Federal Public Defender
                                     Attorney for CRISTINA PATINO

Date: July 5, 2011

                                         /s/
                                     Lisa Owings
                                     Assistant United States Attorney
                                     Eastern District of Virginia

Date: July 5, 2011

                                         /s/
                                     Mattew McCarthy
                                     Assistant United States Attorney
                                     Northern District of California

## ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts and continuity of counsel. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to September 7, 2011 at 9:30 a.m., before the Oakland Duty Magistrate.  IT IS FURTHER ORDERED that the time for the filing of an indictment is extended until September 7, 2011.  Time is excluded until September 7, 2011, 2011 pursuant to 18 U.S.C. § 3161(h)(7)(a).

    IT IS SO ORDERED.

_7/11/11_                                              [signature]
Date                                                HON. DONNA M. RYU
                                                   UNITED STATES MAGISTRATE JUDGE