1  MELINDA HAAG (CABN 132612)
   United States Attorney
2

3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4

5  TAREK HELOU (CABN 218225)
   Assistant United States Attorney
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California 94102
       Telephone:    (415) 436-7200
8      Facsimile:    (415) 436-7234
       Tarek.J.Helou@usdoj.gov
9

10 Attorneys for the United States of America

11

12                 UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14                       OAKLAND DIVISION

15

16 UNITED STATES OF AMERICA,          )  CR No. 11-MJ-70677-MAG
                                      )
17         Plaintiff,                 )  STIPULATION AND [PROPOSED] ORDER
                                      )  EXCLUDING TIME UNDER FED. R. CRIM.
18     v.                             )  P. 5.1 & 18 U.S.C. § 3161 AND CONTINUING
                                      )  STATUS CONFERENCE
19 CRISTINA DELORES PATINO,           )
                                      )  CURRENT DATE: October 7, 2011
20         Defendant.                 )  CURRENT TIME: 9:30 a.m.
                                      )
21 _____   )  PROPOSED DATE: October 20, 2011
                                      )  PROPOSED TIME: 9:30 a.m.
22

23

24

25

26

27

28

1    On June 16, 2011, the defendant was arrested based on a warrant issued upon a Criminal

2    Complaint pending in the Eastern District of Virginia.  That case is pending in the Eastern

3    District of Virginia, case number 11-MJ-455. The defendant is out of custody.

4    The parties anticipate that they will consent to the disposition of the case in the Northern

5    District of California, where the defendant was arrested and is on bond and pretrial supervision.

6    The parties also anticipate that the defendant will consent to proceed by information instead of

7    indictment and waive trial in the Northern District of California. The parties are diligently

8    preparing the necessary paperwork, which has taken some time.

9    Therefore, the parties stipulate and jointly request that, pursuant to Federal Rule of

10   Criminal Procedure ("FRCP") 5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from

11   October 7, 2011 through October 20, 2011. The parties agree that, taking into account the public

12   interest in prompt disposition of criminal cases, good cause exists for this extension. The parties

13   also request that time be excluded under the Speedy Trial Act from October 7, 2011 through

14   October 20, 2011 because the defendant needs additional time to review discovery and to

15   conduct necessary investigation. The parties also request that the Court continue the status

16   conference scheduled for October 7, 2011 at 9:30 a.m. to October 20, 2011 at 9:30 a.m

17   STIPULATED:

18                                                  MELINDA HAAG
                                                    United States Attorney
19

20   DATED: October 4, 2011                         _____
                                                                   /s/
21                                                  TAREK HELOU
                                                    Assistant United States Attorney
22

23
     DATED: October 4, 2011                         _____
24                                                                 /s/
                                                    ELLEN LEONIDA
25                                                  Attorney for Defendant Cristina Delores Patino

26

27   For the reasons stated above, the Court finds that exclusion of time from October 7, 2011

28   through October 20, 2011 is warranted and that the ends of justice served by the continuance

STIP. & [PROP.] ORDER EXCL. TIME
CR 11-MJ-70677-MAG                                                                              2

outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161

(h)(7)(A); FRCP 5.1(d). The failure to grant the requested continuance would deny the defendant

effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C.

§3161(h)(7)(B)(iv).


SO ORDERED.


DATED: October 6, 2011

_____

LAUREL BEELER

United States Magistrate Judge