GEOFFREY A. HANSEN
Acting Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
CRISTINA DELORES PATINO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRISTINA DELORES PATINO,<br><br>Defendant. | CR 11-70677 MAG<br><br>STIPULATION AND [PROPOSED]<br>ORDER MODIFYING CONDITIONS OF<br>PRETRIAL RELEASE |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of pretrial release for Cristina Patino may be modified to allow her to travel to Sacramento (in the Eastern District of California) on April 25 - 26, 2012, to attend her uncle's wake. Pretrial Services Officer Timothy Elder is aware of the proposed modification and has no objection.

All other conditions of release shall remain the same.

DATED: April 25, 2012                            /s/
                                         ELLEN V. LEONIDA
                                         Assistant Federal Public Defender


DATED: April 25, 2012                            /s/
                                         MATTHEW MCCARTHY
                                         Assistant United States Attorney

CR 11-40677 MAG
Stipulation and Proposed Order Modifying Pretrial
Release Conditions                         1

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Cristina Patino may be modified to allow her to travel to Sacramento (in the Eastern District of California) on April 25-26, 2012. All other conditions of release shall remain the same.

IT IS SO ORDERED.

DATED: April 25, 2012

_____
KANDIS WESTMORE
United States Magistrate Judge

CR 11-40677 MAG
Stipulation and ~~Proposed~~ Order Modifying Pretrial
Release Conditions        2